# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AURORA DORAN,

       Plaintiff,

                                CASE NO. 06-12618
v.                                   HON. LAWRENCE P. ZATKOFF

THE HUNTINGTON NATIONAL BANK,

       Defendant.
_____/

## ORDER WITHDRAWING ORDER TO SHOW CAUSE

On June 29, 2006 this Court ordered the Defendant to show cause as to why this Court should not remand this matter because of an illegible signature on the removal documents. The Court is satisfied with Defendant's response. Therefore, the Court WITHDRAWS its June 29, 2006 order to show cause.

The Court notes that before the order to show cause was issued, Defendant filed a motion for summary judgment. Plaintiff will have 21 days from the entry of this order to respond to the motion.

IT IS SO ORDERED.

                                                s/Lawrence P. Zatkoff
                                                LAWRENCE P. ZATKOFF
                                                UNITED STATES DISTRICT JUDGE

Dated: August 9, 2006

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on August 9, 2006.

                                        s/Marie E. Verlinde
                                        Case Manager
                                        (810) 984-3290